DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**XAVIER L. TURNER** and **TEE'S TURF & TREE MAINTENANCE, LLC,**
Appellants,

v.

**DOMINICA HORVATH** and **GIUSEPPE HORVATH,** individually and
o/b/o **DIGS ENTERPRISES, LLC,**
Appellees.

No. 4D2024-2614

[July 2, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Maria Gonzalez-Levine, Judge; L.T. Case No. 062021CC018160AXXXWE.

Xavier L. Turner, Saint Augustine, pro se.

Theodore Swaebe of Theodore A. Swaebe, PA, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***